UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et. al.*,<br><br>Defendants. | Civil Action No. 18-2139 (TNM) |

## JOINT STATUS REPORT

Plaintiff, Center for Biological Diversity ("CBD"), and Defendants the U.S. Department of State ("State" or the "Department"), the Federal Aviation Administration ("FAA"), and the Environmental Protection Agency ("EPA"), respectfully submit the following status report.

1. State has completed its processing of potentially responsive records.

2. EPA has completed its processing of potentially responsive records.

3. On September 20, 2021, the FAA Administrator signed an order to withhold some records, including the remaining two prioritized records, under Exemption (b)(3) in accordance with 49 U.S.C. § 40115.

4. FAA withheld in full 444 pages of communications that were found in the search that constitutes negotiations between ICAO CAEP parties. FAA withheld these pages in full under FOIA Exemption (b)(3).

5. FAA has completed its production with the exception of 66 pages of records that have been sent to the White House for consultation. The White House has indicated they are actively working on the consultation and FAA expects to have the records back by the end of October. FAA will finish processing the records once received.

6. Parties have agreed that production to date has been legally sufficient and anticipate negotiating a settlement prior to the next Joint Status Report.

7. The Parties propose that they file a further joint status report by January 12, 2023.

Dated: October 13, 2022
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123

*Attorneys for the United States of America*

____/s/_____
William J. Snape, III, D.C. BAR # 455266
Center for Biological
Diversity
1411 K. Street, NW
Washington, DC 20005

wsnape@wcl.american.edu

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,          )<br>                                                                     )<br>           Plaintiff,                                              )<br>                                                                     )<br>    v.                                                              )<br>                                                                     )<br>U.S. DEPARTMENT OF STATE, *et. al.*,      )<br>                                                                     )<br>           Defendants.                                         )<br>                                                                     ) | Civil Action No. 18-2139 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, and the entire record herein, it is hereby

ORDERED that the parties shall file a further joint status report by January 12, 2023.

SO ORDERED:

Date: _____                              _____
                                                                      United States District Judge