UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et. al.*,<br><br>Defendants. | Civil Action No. 18-2139 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 11, 2023, Plaintiff, Center for Biological Diversity ("CBD"), and Defendants the U.S. Department of State ("State" or the "Department"), the Federal Aviation Administration ("FAA"), and the Environmental Protection Agency ("EPA"), respectfully submit the following status report.

1. The Parties have reached a settlement in principal and need additional time within which to complete settlement paperwork.

2. As a result of the above, the Parties propose that they file a further joint status report by July 14, 2023.

Dated: June 29, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    202-252-7123

*Attorneys for the United States of America*

  /s/
William J. Snape, III, D.C. BAR # 455266
Center for Biological
Diversity
1411 K. Street, NW
Washington, DC 20005

wsnape@wcl.american.edu

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 18-2139 (TNM) |
| U.S. DEPARTMENT OF STATE, *et. al.*, | | |
| Defendants. | | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, and the entire record herein, it is hereby

ORDERED that the parties shall file a further joint status report by July 14, 2023.

SO ORDERED:


Date: _____                    _____
                                          United States District Judge