UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, *et. al.*, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 18-2139 (TNM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 5, 2023
Washington, DC

/s/ *William J. Snape, III*
WILLAM J. SNAPE, III,
Center for Biological Diversity
1411 K Street, NW
Washington, D,C, 20005

wsnape@wcl.american.edu

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar.
#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Patricia K. McBride_____
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, *et. al.*, )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 18-2139 (TNM) |

**[PROPOSED] ORDER GRANTING STIPULATED SETTLEMENT AGREEMENT**

Upon consideration of the Parties' Stipulated Settlement Agreement and for good cause, it is hereby:

ORDERED that the Agreement executed by the parties is hereby incorporated into this Order;

IT IS FURTHER ORDERED that this Court shall have continuing jurisdiction to enforce this Order and the terms of the Agreement herein consistent with the terms of the Agreement;

IT IS FURTHER ORDERED that this case is hereby DISMISSED.

SO ORDERED:

_____                             _____
Date                                                                        TREVOR N. MCFADDEN
                                                                                    United States District Judge